**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| Craig Moskowitz, *on behalf of himself and all others similarly situated*, | : : : : |
| Plaintiff, | : |
| v. | : : |
| DOCTOR'S ASSOCIATES, INC., a Florida Corporation, | : : : |
| Defendant. | : : |

Civil Action No. 3:17-cv-00387-AWT

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Craig Moskowitz hereby gives notice of and dismisses this action without prejudice.

Dated: May 25, 2017

Respectfully submitted,

*/s/ Sergei Lemberg*
Sergei Lemberg
LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT  06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on May 25, 2017, a true and correct copy of the foregoing Notice of Dismissal was filed with the Clerk of the Court through the Electronic Document Filing (ECF) system, which sent notice of such filing to the following:

John Matthew Doroghazi
Wiggin & Dana-NH
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832

Kim E. Rinehart
Wiggin & Dana-NH
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832

                                                */s/ Sergei Lemberg*
                                                Sergei Lemberg